ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| OCTAVIO ROMERO,<br><br>    Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Respondents. | ) Case No. EDCV 12-00567 DSF (AN)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

DATED: May 3, 2012

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE